UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER P. BOLLINGER 2003 LLC,<br><br>    Defendants. | Case No. 1:20-cv-01703 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 7) |

The plaintiff reports that he has settled the matter and will seek dismissal of the action soon. (Doc. 7 at 2) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 19, 2021**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **February 19, 2021**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE